# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                              Case No. 6:08-cr-146-Orl-31KRS

**CECIL TODD YATES**
**SHIRLDENE TYDINGS**
**RICHARD DAVID THOMPSON**
**TIMOTHY WINFREY**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR SUMMARY JUDGMENT (Doc. No. 165)
>
> **FILED:** April 24, 2009
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Upon consideration of the government's motion and the response (Doc. 167) filed by the claimant, Pamela Yates, the Court finds that the claimant is an unsecured creditor of Cecil Todd Yates

and has no legal interest in or lien upon the subject property superior to that of the United States. Accordingly, it is

**ORDERED** that the Motion (Doc. 165) is **GRANTED** and the verified claim of Pamela Yates is **DENIED**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 8, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
CECIL TODD YATES
SHIRLDENE TYDINGS
RICHARD DAVID THOMPSON
Timothy Winfrey